UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-00135 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; and EQUIFAX INFORMATON | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax") hereby moves the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and respectfully shows the Court as follows:

1.      Plaintiff's Complaint was filed on April 21, 2026.

2.      Equifax was served with the Complaint on May 1, 2026.

3.      Equifax's responsive pleading is currently due May 22, 2026.

4.      Equifax is in the process of gathering information necessary to respond to the factual allegations in the Complaint and potentially engage in settlement discussions with Plaintiff.

5.      Equifax's counsel has conferred with Plaintiff's counsel and he does not oppose this request.

6.      This is Equifax's first request for an extension.  The requested extension will not prejudice the parties.

287993406.v1

For the reasons above, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint through and including June 12, 2026.

Dated: May 24, 2026

Respectfully submitted,

By:  /s/ Forrest M. "Teo" Seger III

**FORREST M. "TEO" SEGER III**
Attorney-in-charge
Texas Bar No. 24070587
Southern District Bar No. 125540
TSeger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that Equifax's counsel conferred with Plaintiff's counsel via e-mail on May 20, 2026, regarding the relief requested and he is unopposed to the request.

/s/ Forrest M. "Teo" Seger III
Forrest M. "Teo" Seger III

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Forrest M. "Teo" Seger III
Forrest M. "Teo" Seger III

2

287993406.v1