UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-00135 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; and EQUIFAX INFORMATON | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Equifax Information Services LLC, hereby provides the following certificate of interested parties:

- Daniel Hasson (Plaintiff)

- Experian Information Solutions, Inc. (Defendant)

- Equifax Information Services LLC (Defendant)

Equifax is a wholly-owned subsidiary of Equifax Inc.  <u>Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of Equifax.</u> No other entity owns 10% or more of Equifax's stock.

287993447.v1

Dated: May 24, 2026

Respectfully submitted,

By: */s/ Forrest M. "Teo" Seger III*

        **FORREST M. "TEO" SEGER III**
        Attorney-in-charge
        Texas Bar No. 24070587
        Southern District Bar No. 125540
        **CLARK HILL PLC**
        2301 Broadway St.
        San Antonio, Texas 78215
        (210) 250-6000
        (210) 250-6100 (Fax)

        **ATTORNEY FOR DEFENDANT,**
        **EQUIFAX INFORMATION SERVICES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Forrest M. "Teo" Seger III*
        Forrest M. "Teo" Seger III

287993447.v1