United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | 3:26-cv-135 |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | | |

## **ORDER**

Before the court is Equifax's motion for extension of time to respond.

Dkt. 12. The court grants the motion. Equifax has until June 12, 2026, to

respond to the plaintiff's complaint.

Signed on Galveston Island this 26th day of May, 2026.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE