UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:26-cv-00135 |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC.; and EQUIFAX INFORMATON | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax") hereby moves the Court for a

second extension of time to answer or otherwise respond to Plaintiff's Complaint and respectfully

shows the Court as follows:

1. Plaintiff's Complaint was filed on April 21, 2026.

2. Equifax was served with the Complaint on May 1, 2026.

3. Equifax's responsive pleading is currently due June 12, 2026.

4. Equifax is in the process of gathering information necessary to respond to the

factual allegations in the Complaint and potentially engage in settlement discussions with Plaintiff.

5. Equifax's counsel has conferred with Plaintiff's counsel and he does not oppose

this request.

6. This is Equifax's second request for an extension. The requested extension will not

prejudice the parties.

288250323.v1

For the reasons above, Equifax requests that the Court issue an order extending the time within which it must answer or otherwise respond to Plaintiff's Complaint through and including June 26, 2026.

Dated: June 12, 2026                                    Respectfully submitted,


                                         By:  /s/ Forrest M. "Teo" Seger III
                                              **FORREST M. "TEO" SEGER III**
                                              Texas Bar No. 24070587
                                              Southern District Bar No. 125540
                                              TSeger@clarkhill.com
                                              **CLARK HILL PLC**
                                              2301 Broadway St.
                                              San Antonio, Texas 78215
                                              (210) 250-6000
                                              (210) 250-6100 (Fax)

                                              **ATTORNEY FOR DEFENDANT,**
                                              **EQUIFAX INFORMATION SERVICES LLC**


## CERTIFICATE OF CONFERENCE

I hereby certify that Equifax's counsel conferred with Plaintiff's counsel via e-mail on June 12, 2026 regarding the requested relief, and he is unopposed to the request.


                                              /s/ Forrest M. "Teo" Seger III
                                              Forrest M. "Teo" Seger III


## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Unopposed Motion for Second Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


                                              /s/ Forrest M. "Teo" Seger III
                                              Forrest M. "Teo" Seger III


2

288250323.v1