United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:26-cv-135 |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Daniel Hasson and Equifax Information Services, LLC, have advised the court that they have reached a settlement. Dkt. 18. Accordingly, the court orders that all claims against Equifax Information Services, LLC, in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Thursday, August 6, 2026, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Thursday, August 6, 2026.

In the meantime, all deadlines in this matter are vacated only as to Equifax Information Services, LLC.

Signed on Galveston Island this 22nd day of June, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE