United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DANIEL HASSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:26-cv-135 |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | | |

## **ORDER**

The plaintiff has advised the court that he has reached a settlement with Experian Information Solutions. Dkt. 20. Accordingly, the court orders that all claims against the Experian in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Tuesday, August 25, 2026, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Tuesday, August 25, 2026.

Signed on Galveston Island this 29th day of June, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/1